# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDOR ANIVAL CORDOVA CARBALLO, et al.<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants | Case No.: 2:20-cv-02196-APG-BNW<br><br>**Order** |

I ORDER that all deadlines from case 2:20-cv-1315-APG-BNW (*see especially* ECF No. 59) apply in this action.

DATED this 4th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE