NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for Respondents-Defendants*
*William Barr, Chad Wolfe, Matthew T. Albence,*
*and Thomas E. Feeley ("Federal Respondents-Defendants")*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sandor Anival Cordova Carballo; Israel Mendoza Mendoza; Eduardo Gallardo Gonzalez; Elmer Vazquez Reyes; Hector Herez Alvares; Felipe Mora Mora; Antonio Osorio Han; Arnold Camacho Vazquez; Edgar Ramirez Garcia; Luis Olivia Peralta; Cesar Sosa Ramirez; Carlos Escobar; Mojhamed Betiche; Jose Moises Silva; Yupanqui Sanchez; Jerardo Guerro; Abel De La Cruz; Jose Seron Figueroa; Jose Castellano; David Garcia Flores; Octavio Carrillo; Sudhamma Kukulpane; Julian Martin; Roberto Bonnet; Bamgbang Budiono, <br><br>        Petitioners-Plaintiffs, <br><br>   vs. <br><br> William Barr, Attorney General of the United States; Chad Wolfe, Acting Secretary of the Department of Homeland Security; Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; Thomas E. Feeley, District Director of the Salt Lake City District Office, U.S. Immigration and Customs Enforcement; Brian Koehn, Warden, Nevada Southern Detention Center; Pamela Lauer, Acting Warden, Nevada Southern Detention Center; Matthew Cantrell, Assistant Field Office Director (ICE Las Vegas); Gabriel Ruiz, | Case No.: 2:20-cv-02196-APG-BNW <br><br> **Stipulation to Extend Deadlines as to Motion to Strike (ECF No. 2) and Motion for Leave to File Amended Complaint (ECF No. 6)** <br> **(5th Request)** |

Supervisory Detention and Deportation Officer (Las Vegas), Tom Simic, Chaplain of Southern Nevada Detention Center,

Respondents-Defendants.

Pursuant to LR IA 6-1(a) and LR 7-1(a), the parties, through their respective counsel stipulate and respectfully request that the Court extend the remaining briefing deadlines related to Federal Respondents-Defendants' Motion to Strike Portions of the Amended Complaint (ECF No. 2) and Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 6).

Federal Respondents-Defendants respectfully request this extension due Federal Respondents-Defendants' counsel being out of the office on extended medical leave. Thus, good cause exists.

If granted, the new deadlines will be as follows:

- Federal Respondents-Defendants' Reply in Support of Motion to Strike: **January 15, 2021**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

- Federal Respondents-Defendants' Response to Plaintiffs' Motion for Leave to File Second Amended Complaint: **January 15, 2021.**

Respectfully submitted this 4th day of January 2021.

| | |
|---|---|
| Sull and Associates, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Hardeep Sull<br>HARDEEP SULL<br>520 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for Federal Respondents-Defendants* |

Struck Love Bojanowski & Acedo, PLC

/s/ Jacob Lee
JACOB B. LEE
ASHLEE B. HESMAN
3100 West Ray Road, Ste. 300
Chandler, AZ 85226

Dennet Winspear
GINA G. WINSPEAR
3301 North Buffalo Drive, Ste. 195
Las Vegas, NV 89129
*Attorneys for Respondent Brian Koehn*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** January 5, 2021