Hardeep Sull, Esq.
Nevada Bar No. 12108
**SULL & ASSOCIATES, PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV  89101
Tel.: (702) 953-9500
Fax: (702) 297-6595
dee@sullglobal.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sandor Anival Cordova Carballo; et. al.,<br><br>    Petitioners-Plaintiffs,<br><br>    vs.<br><br>William Barr, Attorney General of the United States; et. al.,<br><br>    Respondents-Defendants. | Case No.: 2:20-cv-02196-APG-BNW<br><br>**Stipulation to Extend Deadline for Plaintiffs to File Reply in Support of Motion for Leave to File Amended Complaint**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a) and LR 7-1(a), the parties, through their respective counsel stipulate and respectfully request that the Court extend the remaining briefing deadlines related to Defendants' Motion to Strike Portions of the Amended Complaint (ECF No. 2) and Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 6).

Plaintiffs respectfully request this extension due to Plaintiffs' counsel being out on FMLA.  Thus, good cause exists.

/ / /

/ / /

If granted, the new deadline for Plaintiffs to file their Reply in Support of the Motion for Leave to File Amended Complaint will be **January 27, 2021**.

Respectfully submitted this 22nd day of January 2021.

| | |
|---|---|
| Sull and Associates, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Hardeep Sull<br>HARDEEP SULL<br>520 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for Federal Respondents-Defendants* |

Struck Love Bojanowski & Acedo, PLC

/s/ Jacob Lee
JACOB B. LEE
ASHLEE B. HESMAN
3100 West Ray Road, Ste. 300
Chandler, AZ 85226

Dennet Winspear
GINA G. WINSPEAR
3301 North Buffalo Drive, Ste. 195
Las Vegas, NV 89129
*Attorneys for Respondent Brian Koehn*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   January 25, 2021

2