BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for Defendants William Barr, Chad Wolfe,
Matthew T. Albence, and Thomas E. Feeley ("Federal Defendants")*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sandor Anival Cordova Carballo; Israel Mendoza Mendoza; Eduardo Gallardo Gonazalez; Elmer Vazquez Reyes; Hector Herez Alvares; Felipe Mora Mora; Antonio Osorio Han; Arnold Camacho Vazquez; Edgar Ramirez Garcia; Luis Olivia Peralta; Cesar Sosa Ramirez; Carlos Escobar; Mojhamed Betiche; Jose Moises Silva; Yupanqui Sanchez; Jerardo Guerro; Abel De La Cruz; Jose Seron Figueroa; Jose Castellano; David Garcia Flores; Octavio Carrillo; Sudhamma Kukulpane; Julian Martin; Roberto Bonnet; Bamgbang Budiono, et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> William Barr, Attorney General of the United States; Chad Wolfe, Acting Secretary of the Department of Homeland Security; Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; Thomas E. Feeley, District Director of the Salt Lake City District Office, U.S. Immigration and Customs Enforcement; Brian Koehn, Warden, Nevada Southern Detention Center; Pamela Lauer, Acting Warden, Nevada Southern Detention Center; Matthew Cantrell, Assistant Field Office Director (ICE Las Vegas); Gabriel Ruiz, Supervisory Detention and Deportation Officer (Las Vegas), Tom Simic, Chaplain of Southern Nevada Detention Center, <br><br> Respondents-Defendants. | Case No.: 2:20-cv-02196-APG-BNW <br><br> **Stipulation to Extend Deadlines** <br> **[ECF No. 17]** |

The parties, through their respective counsel, stipulate and respectfully request that the Court extend the case deadlines ordered at ECF No. 17 to allow time for the parties to evaluate the claims alleged and confer regarding a discovery plan. If granted, the new deadlines will be:

- Objection, if any to be filed, to the report and recommendation (ECF No. 17) due: **August 24, 2021**

- Response to Amended Complaint for party-defendants who have appeared in the action due: **August 24, 2021**

- Discovery plan due: **September 7, 2021**

Respectfully submitted this July 26, 2021.

Sull and Associates, PLLC

/s/ Hardeep Sull
HARDEEP SULL
520 South Seventh Street, Ste. A
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

/s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney
*Attorneys for Federal Defendants*

Struck Love Bojanowski & Acedo, PLC

/s/ Jacob Lee
JACOB B. LEE
ASHLEE B. HESMAN
3100 West Ray Road, Ste. 300
Chandler, AZ 85226

Dennet Winspear
GINA G. WINSPEAR
3301 North Buffalo Drive, Ste. 195
Las Vegas, NV 89129
*Attorneys for Respondent Brian Koehn*

**IT IS SO ORDERED:**

_____
Brenda Weksler
United States Magistrate Judge

DATED: July 29, 2021