1   Jacob B. Lee
    Nevada Bar No. 012428
2   Ashlee B. Hesman
    Nevada Bar No. 012740
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona 85226
    Telephone: (480) 420-1600
5   Fax: (480) 420-1695
    JLee@strucklove.com
6   AHesman@strucklove.com

7   Gina G. Winspear
    Nevada Bar No. 005552
8   DENNETT WINSPEAR, LLP
    3301 North Buffalo Drive, Suite 195
9   Las Vegas, Nevada 89129
    Telephone: (702) 839-1100
10  Fax: (702) 839-1113
    GWinspear@dennettwinspear.com
11  *Attorneys for Defendant Luis Rosa, Jr.*

12

13                **UNITED STATES DISTRICT COURT**

14                     **DISTRICT OF NEVADA**

15  SANDOR ANIVAL CORDOVA          NO. 2:20-cv-02196-APG-BNW
    CARBALLO, et al.,
16                                 **NOTICE OF PARTY**
                Petitioners-Plaintiffs,  **SUBSTITUTION**
17  v.

18  JEFFREY ROSEN, et al.,

19              Respondents-Defendants.

20          Counsel for Defendant Brian Kohen gives notice that Mr. Koehn is no longer the

21  Warden of the Nevada Southern Detention Center ("NSDC"). Effective February 2021,

22  Luis Rosa, Jr. is now the Warden of NSDC. Because Mr. Koehn was sued in his official

23  capacity only, Mr. Rosa as his successor is automatically substituted in for him as a

24  Defendant. *See* Fed. R. Civ. P. 25(d). Moreover, the Court should amend the caption to

25  reflect "Luis Rosa, Jr., Warden, Nevada Southern Detention Center." *See id.* ("Later

26  proceedings should be in the substituted party's name.").

27

28

1    DATED this 24th day of August, 2021.

2                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                       By /s/ Jacob B. Lee

5                                              Jacob B. Lee
                                               Ashlee B. Hesman
6                                              3100 West Ray Road, Suite 300
                                               Chandler, Arizona 85226
7                                              JLee@strucklove.com
                                               AHesman@strucklove.com

8                                              Gina G. Winspear
                                               DENNETT WINSPEAR
9                                              3301 North Buffalo Dr., Suite 195
                                               Las Vegas, NV 89129
10                                             GWinspear@dennettwinspear.com

11                                             *Attorneys for Defendant Luis Rosa, Jr.*

12

13                              **Order**

14                   **IT IS SO ORDERED**

15                   **DATED:** 9:16 am, August 31, 2021

16

17

18                   **BRENDA WEKSLER**
                     **UNITED STATES MAGISTRATE JUDGE**

19

20

21

22

23

24

25

26

27

28