CHRISTOPHER CHIOU
Acting United States Attorney

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for Defendants Merrick Garland, Chad Wolfe, Matthew T. Albence, and Thomas E. Feeley ("Federal Defendants")*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sandor Anival Cordova Carballo; Israel Mendoza; Eduardo Gallardo Gonazalez; Elmer Vazquez Reyes; Hector Herez Alvares; Felipe Mora Mora; Antonio Osorio Han; Arnold Camacho Vazquez; Edgar Ramirez Garcia; Luis Olivia Peralta; Cesar Sosa Ramirez; Carlos Escobar; Mojhamed Betiche; Jose Moises Silva; Yupanqui Sanchez; Jerardo Guerrero; Abel De La Cruz; Jose Seron Figueroa; Jose Castellano; David Garcia Flores; Octavio Carrillo; Sudhamma Kukulpane; Julian Martin; Roberto Bonnet; Bamgbang Budiono, <br><br>Plaintiffs, <br>vs. <br><br>Merrick Garland, Attorney General of the United States; Chad Wolfe, Acting Secretary of the Department of Homeland Security; Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of Director, U.S. Immigration and Customs Enforcement; Thomas E. Feeley, District Director of the Salt Lake City District Office, U.S. Immigration and Customs Enforcement; Brian Koehn, Warden, Nevada Southern Detention Center; Pamela Lauer, Acting Warden, Nevada Southern Detention Center; Matthew Cantrell, Assistant Field Office Director (ICE Las Vegas); Gabriel Ruiz, Supervisory Detention and Deportation | Case No.: 2:20-cv-02196-CDS-BNW <br><br>**Stipulation and Order to Dismiss Case With Prejudice** |

Officer (Las Vegas), Tom Simic, Chaplain of Southern Nevada Detention Center,

Respondents-Defendants.

### Stipulation and Order to Dismiss Case with Prejudice

It is hereby stipulated by and between the parties that this lawsuit be dismissed, with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this April 15, 2022.

Sull and Associates, PLLC

/s/ Hardeep Sull
HARDEEP SULL
520 South Seventh Street, Ste. A
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

/s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney
*Attorneys for Federal Defendants*

Struck Love Bojanowski & Acedo, PLC

/s/ Jacob Lee
JACOB B. LEE
ASHLEE B. HESMAN
3100 West Ray Road, Ste. 300
Chandler, AZ 85226

Dennet Winspear
GINA G. WINSPEAR
3301 North Buffalo Drive, Ste. 195
Las Vegas, NV 89129
*Attorneys for Respondent Brian Koehn*

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT COURT JUDGE

DATED: April 20, 2022